of towns with similar ordinances [2]—I would grant a writ of certiorari.

No. 76–421. CALIFORNIA v. MOBBS. Ct. App. Cal., 2d App. Dist. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 76–436. DUPONT CIRCLE CITIZENS ASSN. v. DISTRICT OF COLUMBIA ZONING COMMISSION ET AL. Ct. App. D. C. Motion to defer consideration of petition and certiorari denied.

No. 76–437. PEPSI COLA BOTTLING CO. OF PENNSAUKEN v. LOWENSTEIN ET AL. C. A. 3d Cir. Certiorari denied. MR. JUSTICE BLACKMUN and MR. JUSTICE POWELL would grant certiorari.

No. 76–5152. STOCKHEIMER v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *Molinaro* v. *New Jersey*, 396 U. S. 365 (1970).

No. 76–441. RIEGEL TEXTILE CORP. v. CENTRAL OF GEORGIA RAILWAY CO. C. A. 5th Cir. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 75–1555. CONLEY v. HAMPTON, CHAIRMAN, U. S. CIVIL SERVICE COMMISSION, ET AL., *ante*, p. 820;

No. 75–1670. LEVY ET AL. v. CITY OF NEW YORK ET AL., *ante*, p. 805;

No. 75–6766. COLLINS v. ARKANSAS, *ante*, p. 808;

No. 75–6797. NEAL v. ARKANSAS, *ante*, p. 808;

No. 75–6858. COX v. MISSISSIPPI, *ante*, p. 849; and

No. 76–111. SALVUCCI v. NEW HAMPSHIRE JOCKEY CLUB, INC., ET AL., *ante*, p. 860. Petitions for rehearing denied.

---

[2] See Note, Curfew Ordinances and the Control of Nocturnal Juvenile Crime, 107 U. Pa. L. Rev. 66 (1958).